940 A.2d 298

IN THE MATTER OF ARNOLD H. ABRAMOWITZ,
AN ATTORNEY AT LAW.

February 14, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–185, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent) that **ARNOLD N. ABRAMOWITZ of IRVINGTON,** who was admitted to the bar of this State in 1976, should be reprimanded for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to keep client reasonably informed), and *RPC* 8.1(b) (failure to cooperate), and good cause appearing;

It is ORDERED that **ARNOLD M. ABRAMOWITZ** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.